YELLIN RUBBER CO., INC., Respondent, v. ANSBACHER-SIEGLE CORPORATION, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ISIDOR SHERL, as Administrator, etc., of AMELIA SHERL, Deceased, Respondent, v. ADAM KOLBE and Others, Defendants, Impleaded with ROBERT MINKOW, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted. (See Tiedeman v. Tiedeman, 173 App. Div. 537; Dusenbury v. Keiley, 85 N. Y. 383, 386; Wilson v. Ryder, 11 N. Y. St. Repr 279.) Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

LEWIS B. KAUFMAN, Respondent, v. REIMERS, WHITEHILL & SHERMAN, INC., and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ROSE SACHS, Respondent, v. MICHAEL BLUM, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

METROPOLITAN LIFE INSURANCE COMPANY, Plaintiff, v. 345 WEST 77TH STREET, INC., and Others, Defendants. In the Matter of the Application of ELMER F. QUINN, as Receiver, for an Order Fixing the Rent of JACOB KAHN, a Tenant of Apartment 5-A in Premises 50 Riverside Drive, New York City. JACOB S. KAHN, Appellant; ELMER F. QUINN, as Receiver, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of MAXWELL M. WALLACH, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL COMMERATO, Appellant, Impleaded with Others.— Judgment reversed, the indictment dismissed and the defendant discharged, upon the ground that the evidence does not establish beyond a reasonable doubt that the defendant participated in the commission of the crime charged. Present — Martin, P. J.; Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL COMMERATO, Defendant, Impleaded with MICHAEL CAVOLINA, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

CLAUDE PHELPS v. JAMES J. SEXTON.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of Supplementary Proceedings: SCHENLEY WINE AND SPIRIT IMPORT CORPORATION v. LAMONTAGNE, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.